August 14, 2025
Thursday

CLERK'S OFFICE U.S. DISTRICT. COURT
AT LYNCHBURG, VA
FILED

AUG 26 2025

LAURA A. AUSTIN, CLERK
BY: C Amos
DEPUTY CLERK

6:19CR13-001

THE Honorable:
Senior Judge
Norman K. Moon
United States District Court
1101 Court Street, Suite A66
Lynchburg, Virginia 24504

Mr. Quentin L. Horsely
#22608-084
FCI Gilmer
PO Box 6000
Glenville, West VA
26351

Your Honor,

First and foremost I would like to thank you for responding to my previous letter back in June when I asked for an extension, by enlightening me with regards to the correct date to file my 2255 motion. Thank You!

Unfortuneately, I am in dire need of an extension to file. Due to circumstances beyond my control I am not able to finacially secure an attorney at this point and have decided to proceed ProSe.

My Dad is a retired senior, and I felt it would be unfair of me to burden him with finacial responsibility for bad decisions I've made in my life. My appeal issues are not directed at how Your Honor conducted my trial. I was very "naieve" in terms of anything relating to Federal Law when I was arrested for these charges I was subseqvently convicted of in District Court.

Myself and my family had wasted close to $100,000 on three different attorneys prior to me hiring my trial attorney Tony Anderson in October of .

All of my issues are related to "ineffective assistance of counsel". Since my last correspondence with the Court, I've tried in vain to contact Attorney Anderson to obtain my trial transcripts, Pre-trial motion hearing, motions filed prior to or during trial and all "Discovery" made available for my review prior to trial. Attorney Anderson has not responded to calls from me or my family since I started reaching out to him in June.

This places me in a "quagmire", as I am already at a disadvantage having to proceed Pro Se, but without the aforementioned legal documents I am requesting your assistance to obtain, it will be impossible for me to formulate a viable 2255 motion that this Court would deem appropriate for review.

Therefore I am asking your Honor to consider an extension of time to obtain my trial transcripts and the other essential documents needed to file an adequate "ineffective assistance" 2255 motion.

Lastly if Your Honor sees fit to do so, would you consider appointing counsel to assist me for my 2255 motion to avert any further request for extensions or delays? I have never been privy to my trial transcripts, not even in preparation for my direct appeal, and my appeal attorney never shared them with me at any time. I solely relied on my attorney throughout that entire process as I did with my trial attorney.

I am much more proactive and involved now, and would appreciate if you would assist me with direction on how to proceed from this point on...

It is not my intention to stagnate the process or agitate the court. I just feel my attorneys failed me in terms of preparation in facing my federal trial, and this is the litigation stage to best address those issues, and I don't want to fail in my only opportunity to confront those issues before the court in my pending 2255 legal proceeding. Thank you for your time and patience with this matter.

Sincerely,