CLERK'S OFFICE U.S. DISTRICT COURT
AT LYNCHBURG, VA
FILED

SEP 15 2025

LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

UNITED STATES OF AMERICA — PLAINTIFF

-VS- — NO. 6:19-CR-13

QUENTIN LOWELL HORSLEY — DEFENDANT

## MOTION TO COMPEL

Comes the Defendant - Quentin Lowell Horsley, "pro se", and moves the Court for an Order directing his former defense attorney - Tony Anderson, to forward his files, records, pleadings, motions, transcripts, and all discovery material (including police reports, witness interviews, photographs, chemical test results of suspected controlled substances, and affidavits in support of search warrants), to this defendant, and place a time limit of two weeks from date since the time for filing a motion to vacate under 28 USC § 2255, will expire on September 22, 2025, unless extended by the court.

This material, records and files are required for the purpose of mounting a collateral challenge to defendant's

convictions and sentences under 28 USC § 2255. An Order is patently required because attorney Tony Anderson is not communicating with this defendant, and refuses to return telephone messages, e-mails, and letters sent to him by the defendant and family members, in which a request for the above-recited documents have been sought from him.

WHEREFORE, the Court is requested to issue an Order compelling attorney Tony Anderson to provide the Defendant - Quentin Lowell Horsley, with all Discovery materials, files, records, pleadings, etc., as set-forth herein, immediately, and before September 15, 2025, which pertain to the criminal proceeding in this litigation, including sentencing.

Respectfully submitted,

Quentin Horsley

QUENTIN LOWELL HORSLEY
Reg.No. 22608-084
FCI - Gilmer
P O Box 6000
Glenville, WV 26351

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy hereof was mailed on Tony Anderson, by hand-delivering the same to a prison staff member, 1st Class postage prepaid, this 3rd day of ~~August~~ September, 2025

Quentin Horsley
DEFENDANT "Pro se"