CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
September 22, 2025
LAURA A. AUSTIN, CLERK
BY:
s/A. Beeson
DEPUTY CLERK

September, 10th, 2025

Your Honor,

I am humbly writing this letter, along with my 2255 motion which will be attached with this letter, I am asking the court to compel my trial attorney, Anthony Anderson to foward his files, records, pleadings, motions, transcripts, and all discovery material (including police reports, witness interviews, photographs, chemical test results of suspected controlled substances, and affidavits in support of search warrants), to this defendant Quentin Lowell Horsley.

This material, records and files are required for the purpose of mounting a collateral challenge to the defendants convictions and sentences under 28 USC. 2255. As I do not have the funds to hire a private attorney, and will be filing under 28 USC. 2255 pro se,

Comes the defendant – Quentin Lowell Horsley respectfully ask the court for an extension to file the 2255 motion under 28 USC 2255. As I have no material, including, trial transcripts, affidavits in support of search warrants, police reports, witness interviews, and all other material

Held By My Trial Attorney Anthony Anderson, That would Assist Me ~~with~~ To Mount A Proper And Adequate Defense To my ineffective Assistance Claim. Which Pertain To The Criminal Proceeding In This Litigation.

Respectfully Submitted,

Quentin Lowell Horsley