CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
SEP 22 2025
LAURA A. AUSTIN, CLERK
BY: A Beeson
DEPUTY CLERK

AO 243 (Rev. 01/15) 

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District | |
|---|---|---|
| Name *(under which you were convicted)*: QUENTIN LOWELL HORSLEY | | Docket or Case No.: 6:19-CR-00013-NKM-JCH |
| Place of Confinement: Gilmer Federal Correctional Institution | | Prisoner No.: 22608-084 |
| UNITED STATES OF AMERICA | V. | Movant *(include name under which convicted)* QUENTIN L. HORSLEY |

**MOTION**

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

US District Court Western District of Virginia,

(b) Criminal docket or case number (if you know): 6:19-CR-00013

2. (a) Date of the judgment of conviction (if you know): 3/25/22

(b) Date of sentencing: November 18, 2022

3. Length of sentence: 360 MONTHS

4. Nature of crime (all counts): Conspiracy To posses with intent To Distribute Meth Cocaine, Herion, Cocaine Base, And Distribution of Cocaine, Count 5, 6, 8

5. (a) What was your plea? (Check one)

(1) Not guilty ☑ (2) Guilty ☐ (3) Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☑ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☑

8. Did you appeal from the judgment of conviction? Yes ☑ No ☐

9. If you did appeal, answer the following:

(a) Name of court: US, Court of Appeals For The Fourth Circuit

(b) Docket or case number (if you know): 22-4671

(c) Result: Confirmed / Denied

(d) Date of result (if you know): June 24, 2024

(e) Citation to the case (if you know): United States v. Quentin Lowell Horsley

(f) Grounds raised: Illegal search incident to arrest in hotel room. (1) (2) Illegal lay witness testimony by officer Daniel Bailey. (3) Illegal search of vehicle in violet parking. of Jaguar. (4) Erred sending verdict form back for another deliberation.

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☑

If "Yes," answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

(5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

Yes ☐ No ☑

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐ No ☐

(7) Result: ______

(8) Date of result (if you know): ______

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: ______

(2) Docket of case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐ No ☑

(7) Result: ______

(8) Date of result (if you know): ______

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☐ No ☐

(2) Second petition: Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** LAWYER WAS INEFFECTIVE, CONTRARY to the 6th AMENDMENT FOR NOT RESQUESTIN A FRANKS HEARING FOR the SEARCH WARRANTS Filed.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): My LAWYER ROBERT DEAN WAS ASKED TO FILE A FRANKS HEARING ON SEARCH WARRANTS FROM GPS WARRANTS AND APARTMENT SEARCH WARRANTS. MR. DEAN told ME that the GPS WARRANTS WAS NO GOOD AND HE WAS GONNA FILE the FRANKS motion But NEVER DID AFTER I asked multible Times. ON these issues. I Also ASKED MR DEAN TO FIND the WARRANT FROM A PEN-REGISTER placed on my PHONE, AND MR DEAN NEVER SHOWED ME this EVIDENCE. OR WARRANT to the PEN-REGISTER I ASKED FOR A FRANKS HEARING ON those GROUNDS AS WELL.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: I DID NOT RAISE this ISSUE BECAUSE MY LAWYER JEFFREY BRANDT Told ME NOT to RAISE It ON DIRECT APPEAL HE told ME It WAS FOR A 2255 motion. / HE would NOT FILE THE CLAIM

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ____________________

Name and location of the court where the motion or petition was filed:

____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available):

____________________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** LAWYER MR. TONY ANDERSON Admitted my Guilt At TRIAL without my CONSENT AND without ANY KNOWLEDGE that HE WAS GONNA DO IT.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): BEFORE my trial my LAWYER Tony AnderSON came to SEE ME About 3 times to discuss EvidENCE AND to LOOK AT my Discovery, MR. AndERSON NEVER told ME that HE WAS GONNA admitt my Guilt At trial. THAT WAS my REASON FOR Going to trial I didnt Know that MR. AnderSON WAS GONNA Do this At trial.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: My LAWYER told ME that The ISSUE WAS FOR A 2255 MOTION And I couldn't RAISE It on DIRECT APPEAL MR JEFFREY BRANDT.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______________________________

Name and location of the court where the motion or petition was filed:

______________________________

Docket or case number (if you know): ______________________________

Date of the court's decision: ______________________________

Result (attach a copy of the court's opinion or order, if available):

______________________________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

______________________________

Docket or case number (if you know): ______________________________

Date of the court's decision: ______________________________

Result (attach a copy of the court's opinion or order, if available):

______________________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

______________________________

**GROUND THREE:** Lawyer was ineffective when he signed a stipulation agreement without my consent or knowledge and let all evidence into trial.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): My lawyer Mr. Anderson signed a stipulation agreement stating that I agree to all the drugs found and the purity of the drugs. I wanted the experts to testify [illegible] [illegible]. And these drugs were found in a woman home that I've never been to.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

I was told Not to Raise THIS ISSUE ON DIRECT APPEAL. By my Lawyer.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed:

______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available):

______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available):

______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

---

**GROUND FOUR:** LAWYER WAS INEFFECTIVE WHEN HE ALLOWED EVIDENCE INTO TRIAL WHEN THE GOVERNMENT DISMISSED THIS EVIDENCE BEFORE TRIAL. HE ALLOWED THIS EVIDENCE INTO TRIAL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): THE GOVERNMENT DISMISSED A DISTRIBUTION CHARGE ON ME, THEN PLAYED THE SAME DISTRIBUTION EVIDENCE IN COURT AFTER IT WAS DISMISSED MY LAWYER DID NOT OBJECT TO THIS EVIDENCE.

---

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: JEFFREY BRANCH MY LAWYER TOLD ME NOT TO RAISE THIS ISSUE AND TO WAIT TO FILE IT FOR MY 2255 MOTION. THAT IS THE REASON

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

NONE HAVE BEEN PRESENTED BECAUSE COUNSEL BOTH TRIAL AND APPEAL COUNSEL DID NOT PRESENT THEM, WHEN THEY BOTH WERE ASKED BY MYSELF TO DO SO.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging? Yes ☐ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:

CHARLES WEBER

(b) At the arraignment and plea:

TONY ANDERSON

(c) At the trial:

TONY ANDERSON

(d) At sentencing:

TONY ANDERSON

(e) On appeal:

JEFFREY BRANDT

(f) In any post-conviction proceeding:

N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☒ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☐ No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

THE COURT ORDERED QUENTIN LOWELL HORSLEY UNTIL SEPTEMBER 22ND OF 2025 TO FILE HIS 2255 HE IS THEREFOR TIMELY.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: SENTENCE MUST BE VACATED AND NEW TRIAL ENSUE.

or any other relief to which movant may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on September 11th 2025.
(month, date, year)

Executed (signed) on [signature] 9/11/25 (date)

[signature]
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Ground 5: My Appellant Lawyer Failed To File my Claim That was reserved in The District Court For an search on an Apartment.

Ground 6: My Trial Lawyer Failed To object To several important issues at Trial, Text Messages From Kenneth Agerson's Phone, Pay owe sheet, Lay witness Testimony From Dan Bailey, Failed To object To And Question Candice Ball as To The cell Phones.

Ground 7: My Lawyer Failed To object To 404(b) Prior Bad Act Testimony By Travis Smiley. And Failed To call my witness at Trial, And Failed To call Roberta Haskins The Governments witness.

Ground 8: The Government Violated My 6th Admendment And Due Process, when They suppressed Photo Line up Evidence From Roberta Haskins Not Able To Pick ME out of A Photo Lineup.

QUENTIN L. HORSLEY # 22605-084
FEDERAL CORRECTIONAL INSTITUTION GILMER
P.O. BOX 6000
GLENVILLE, W.V. 26351




RECEIVED
SEP 22 2025
USDC Clerk's Office
Mail Room

CLERK'S OFFICE, UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
210 FRANKLIN ROAD, SW, SUITE 540
ROANOKE V.A. 24011-2208