**I, April Callahan, being duly sworn, depose and state the following:**

**The day after Robin Haskins' house was searched by federal agents, she called me very upset and trying to explain the situation. I told her that she needed to come by my job, and she did.**

**When Robin Haskins arrived, she explained to me that federal agents had entered her residence and found a large quantity of drugs. During our conversation, she told me that the federal agents questioned her about a man named Quentin Horsley.**

**Robin Haskins stated to me that she told the agents she did not know Quentin Horsley and that she could not identify him in a lineup. She further stated that the agents showed her a photograph of Quentin Horsley and that she still did not recognize him. Robin Haskins stated that she had never seen or heard of Quentin Horsley before.**

**I was later subpoenaed to appear at Quentin Horsley's original trial date. When I arrived at court, I waited to testify regarding this situation, but I was excused and informed that my testimony was not needed.**

**I swear under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge and belief.**

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
July 14, 2026
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

**April Callahan**

**Date:** May 18, 2026

**STATE OF** Virginia
**COUNTY OF** Campbell

**Subscribed and sworn before me on this** 18 **day of** May**, 20**26

**Notary Public**

**My Commission Expires:** 03/31/2029

JENNIFER MARIE JOHNS
NOTARY PUBLIC
REG. # 7968140
MY COMMISSION EXPIRES: 03/31/29
COMMONWEALTH OF VIRGINIA

6:19-cr-00013 (case id)

B. Callen
22 Churchill Dr. Apt 15
Lynchburg, VA 24502

GREENSBORO NC 270
PIEDMONT TRIAD AREA
10 JUL 2026 PM 3 L

U.S. Court Western District
of Virginia
Clerks office
P.O. Box 1563
Roanoke, VA 24007-1563

24007-156363