**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No.: 6:19-CR-13 |
| | ) | |
| QUENTIN LOWELL HORSLEY | ) | |
| | ) | |

**DECLARATION OF Task Force Officer Daniel Bailey**

1. I am a Task Force Officer with the with the Drug Enforcement Administration ("DEA") and have been so employed since 2017.

2. On July 31, 2019, Quentin Lowell Horsley ("HORSLEY") met for a voluntarily "proffer interview" with the DEA, Lynchburg Police Department, and United States Attorney's Office in Charlottesville, Virginia. HORSLEY was accompanied by his attorney at the time, Vaughan Jones.

3. HORSLEY was provided with a proffer agreement. HORSLEY signed the agreement and agreed to the interview.

4. The following is a portion of what HORSLEY stated during the course of the interview:

*HORSLEY's Sources of Supply for Cocaine*

5. HORSLEY advised that around January of 2017 he contacted Jermel "JAH" STOREY in an attempt to borrow money. HORSLEY advised that STOREY refused to give money to HORSLEY but offered to front cocaine HCL to HORSLEY for him to sell. HORSLEY agreed to accept the cocaine HCL. STOREY gave HORSLEY approximately nine ounces (252 grams) of cocaine HCL. HORSLEY advised that he was expected to repay STOREY $10,800 for

that amount of cocaine HCL.

6. HORSLEY advised that during that time HORLSEY was cooking the cocaine HCL he purchased into crack cocaine. HORSLEY advised that he was mixing one ounce cocaine HCL, 7 grams of a cutting agent (baking soda), and a quarter cup of water. HORSLEY advised that he would place the mixture in the microwave and cook it for approximately eight seconds. Upon completion of the cooking process he would place the crack cocaine on a paper napkin for the crack cocaine to dry. HORSLEY advised that he was selling the crack cocaine for $100 (one hundred) dollars per gram.

7. HORSLEY advised that between February and June of 2017 HORSLEY purchased an additional five to six ounces of cocaine HCL and was fronted an additional nine ounces of cocaine on approximately two to three separate occasions by STOREY. HORSLEY advised that he was also fronted one kilogram of cocaine HCL on two separate occasions by STOREY. HORSLEY advised that he was paying $38,000 USC per kilogram of cocaine from STOREY.

8. HORSLEY advised that around June of 2017 he spoke with M.T.H.[1] HORSLEY advised that M.T.H. agreed to deliver one kilogram of cocaine HCL to HORSLEY for $36,000 USC. HORSLEY advised that M.T.H. drove the cocaine to HORSLEY's mother's house on Columbia Avenue, Lynchburg Va. HORSLEY advised that he would have to pay for the cocaine HCL at the time of the delivery. HORSLEY advised that M.T.H. delivered a kilogram of cocaine HCL to HORSLEY on approximately six separate occasions between July and September of 2017. HORSLEY advised that the frequency in which he received the cocaine from M.T.H. was bi-weekly.

9. HORSLEY advised that HORSLEY continued to purchase one kilogram of cocaine

[1] This individual was identified by HORSLEY in the proffer interview. Their name is redacted for purposes of this affidavit.

HCL from M.T.H. on a bi-weekly basis between October 2017 and January 2018.

10. HORSLEY advised that sometime around September/October of 2017 HORSLEY travelled to Atlanta, Georgia to visit M.T.H.. During that visit HORSLEY went to an unknown club and became acquaintances of a Hispanic male who identified himself as ANGEL.

11. HORSLEY advised that ANGEL met HORSLEY in a hotel room of the Baymont hotel (2815 Candlers Mountain Rd, Lynchburg Va). HORSLEY advised that an unknown female (with an infant child) and an unknown male were also present in the room. HORSLEY advised that the cocaine HCL was in a vacuumed sealed bag wrapped in black duct tape. HORSLEY advised that he gave ANGEL $32,000 USC. HORSLEY advised that ANGEL counted the money and gave HORSLEY $1,000 USC back.

12. HORSLEY advised that between February and June of 2018, ANGEL would deliver two kilograms of cocaine HCL on a bi-weekly basis (approximately).

13. HORSLEY advised that around June of 2018, STOREY reached back out to HORSLEY and agreed to sell HORSLEY a kilogram of cocaine HCL to HORSLEY for the same price ($31,000) per kilogram that ANGEL was selling one for. HORSLEY advised that STOREY would send a courier to deliver the cocaine HCL to HORSLEY. HORSLEY advised that he knew the female courier to be a friend of K.C., HORSLEY's girlfriend. HORSLEY advised that the female courier delivered two kilograms of cocaine HCL to HORSLEY on three separate occasions. HORSLEY advised that he was living at the apartments on Clifton Street, Lynchburg Va. HORSLEY stated that the female would charge a $1,000 per kilogram delivery fee. HORSLEY advised this occurred around July of 2018.

14. HORSLEY advised that after the first transaction with ANGEL, ANGEL would send couriers to deliver narcotics and collect payment for previously fronted narcotics. HORSLEY

advised that ANGEL told him that the couriers would come to Lynchburg, Va via Greyhound bus and then go to the hotel. HORSLEY stated that the couriers would come to Lynchburg the night before the proposed day of the deal. HORSLEY would be instructed to go to the hotel to meet the courier early the next morning so the couriers could catch the bus back out of town.

15. HORSLEY advised that between July of 2018 through January of 2019, HORSLEY purchased approximately five to eight kilograms of cocaine HCL on approximately six separate occasions from ANGEL's couriers.

*HORSLEY's Direction of Co-defendant Kenneth ADGERSON*

16. HORSLEY advised that he approached ADGERSON in regards to ADGERSON selling cocaine for HORSLEY around February of 2017. HORLSEY advised that he fronted ADGERSON 56 grams of cocaine HCL. HORSLEY advised that for approximately two months ADGERSON was getting 56 grams of cocaine HCL on a bi-weekly basis. HORSLEY advised that after that time period ADGERSON was getting 252 grams (nine ounces) on a bi-weekly basis for approximately three months.

17. HORSLEY advised that around July of 2018, ADGERSON began to store all of the cocaine HCL that HORSLEY brought into the city and kept all money that was earned through the drug sales. HORSLEY advised that he was charging ADGERSON approximately $40,000 per kilogram of cocaine HCL.

*HORSLEY's Cocaine Customers*

18. HORSLEY advised that he began to supply L.C.[2] with cocaine HCL around June of 2018. HORSLEY advised that he supplied L.C. with 500 grams every two weeks. HORSLEY

[2] This individual was identified by HORSLEY in the proffer interview. Their name is redacted for purposes of this affidavit.

advised that he would charge L.C. $1,100 per ounce or $19,000 to $19,800 per one half kilogram of cocaine HCL. HORSLEY advised that L.C. currently owes HORSLEY for one half of a kilogram.

19. HORSLEY advised that he supplied Aaron "Yola" SLAUGHTER. HORSLEY advised that SLAUGHTER got out of jail during the summer of 2018. HORSLEY stated that FNU LNU introduced SLAUGHTER to HORSLEY at HORSLEY's sister's residence on Brooke Street, Lynchburg Va. HORSLEY advised that SLAUGHTER purchased 252 grams of cocaine HCL from HORSLEY on two separate occasions. HORSLEY advised that he fronted an additional 252 grams of cocaine HCL to SLAUGHTER but was never repaid for it.

20. HORLSEY advised that he supplied T.S.[3] with cocaine HCL. HORSLEY advised that T.S. lived in the Georgetown Townhomes on Old Forest Rd, Lynchburg VA. HORSLEY advised that T.S. drove a grey Dodge Charger. HORSLEY advised that T.S. had a "bad" left hand. HORSLEY advised that he sold to T.S. on approximately four separate occasions in the amount of 500 grams per transaction.

21. HORSLEY advised that he supplied M.R.[4] with cocaine HCL. HORSLEY advised that M.R. lived in a house on Greenwood Dr, Lynchburg Va. HORSLEY advised that he believed M.R. to be out on bond for drug distribution indictments. HORSLEY advised that he sold to M.R. on approximately four separate occasions in the amount of 500 grams per transaction. HORSLEY advised that M.R. operates a carwash in the 3800 block of Wards Rd, Lynchburg, Va.

22. HORSLEY advised that starting in June of 2017, HORSLEY only sold powder

[3] This individual was identified by HORSLEY in the proffer interview. Their name is redacted for purposes of this affidavit.

[4] This individual was identified by HORSLEY in the proffer interview. Their name is redacted for purposes of this affidavit.

cocaine and in ounce quantities. HORSLEY advised that he sold an ounce of cocaine HCL for $1,100 to $1,200. HORSLEY advised that his fronted price ounce of cocaine was $1,400. HORSLEY advised that he would charge approximately $38,000 to $40,000 per kilogram of cocaine HCL. HORLSEY advised that around July of 2018, HORSLEY would send couriers to conduct HORSLEY's cocaine sales and to pick up the cocaine from ANGEL's couriers.

23. HORSLEY advised that he was supplying FNU "TRILL" SMILEY with cocaine HCL. HORSLEY advised that he supplied SMILEY with approximately 4.5 ounce (126 grams) on approximately fifteen different occasions. HORSLEY advised that SMILEY currently owes HORSLEY approximately $2,000 for cocaine HCL that was fronted to SMILEY.

24. I declare under perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of July, 2026, in Lynchburg, Virginia.

Respectfully submitted,

/s/ Daniel Bailey

Daniel Bailey
Task Force Officer
Drug Enforcement Administration