**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:19-cr-00013** |
| | ) | |
| **QUENTIN LOWELL HORSLEY** | ) | |

**AFFIDAVIT**

I, Tony Anderson, former counsel for the petitioner, Quentin Lowell Horsley, having been ordered to do so by Order of this Court dated June 25, 2026 (Dkt. 385), do hereby swear to the following:

1. I represented Mr. Horsley during the trial of his case, occurring between March 22-25, 2022, in the United States District Court in Lynchburg, Virginia.

2. I have reviewed Ground Two of Mr. Horsley's Petition alleging that I "admitted [Mr. Horsley's] guilt at trial without [Mr. Horsley's] consent and without any knowledge that [I] was going to do it."

3. I have also reviewed the transcripts from the opening and closing statements I presented in the trial of Mr. Horsley's case.

4. Across my 44 years of practice as an attorney, it has been my standard practice to notify and involve my clients in decisions about how to acknowledge and address available evidence in preparing a defense for a given case.

5. Although I have no reason to believe that I deviated from this standard practice in Mr. Horsley's case, I do not have a present independent recollection of whether I did or did not have such a conversation with Mr. Horsley.

GIVEN UNDER MY HAND this 10th day of July 2026.

Anthony F. Anderson

\

SUBSCRIBED AND SWORN TO BEFORE ME this 10th day of July 2026.

My commission expires: 08/31/2028

Notary Public

BRITTANY RENEE PRICE NOTARY PUBLIC REG # 278052 COMMISSION EXPIRES 08/31/2028 COMMONWEALTH OF VIRGINIA

STATE OF VIRGINIA

CITY of ROANOKE, To-wit:

I, Brittany Renee Price, a Notary Public in and for the aforesaid jurisdiction, do hereby certify that Anthony F. Anderson, having been duly sworn, affirmed the foregoing to me in my jurisdiction aforesaid.

GIVEN under my hand this 10th day of July 2026.

Notary Public

My commission expires: 08/31/2028
My commission registration number: 00278052

BRITTANY RENEE PRICE NOTARY PUBLIC REG # 278052 COMMISSION EXPIRES 08/31/2028 COMMONWEALTH OF VIRGINIA