01/26/2026

# 21.

Affidavit Form Jan 7-2026

My name is Brenda Mae Horsley and this is my Affidavit, On Feb 7, 2019 I drove a Uhale to 1009 Misty Mountain ~~Rd~~. Apt 1212, 24502. On that day me and my helpers moved everything out OF the Apartment ~~at~~ that belonged to Quentin Horsley and moved to the Uhale on Misty Mountain Rd. Nothing was left of his.

Brenda Horsley

My NAME is Michael Hubbard And this is my Affidavit. ON feb. 7th 2019 I did go with Brenda Horsley to 1009 misty mountain Rd. apt. 1212, 24502. ON that day we went to move Quentin Horsley's belongings out of the Apt. of 1212 Misty Mountain Rd. to the Uhaul on Misty Mountain Rd. Every thing was taken out, that belonged to Quentin.

Michael Hubbard

Charles 1/7/26