**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **Case No. 6:19-CR-13** |
| **V.** | : | |
| | : | |
| **QUENTIN LOWELL HORSLEY** | : | |

**NOTICE OF SERVICE**

The United States hereby provides Notice of the actions it has taken to serve Defendant Quention Lowell Horsley ("Horsley") with documents related to his habeas petition, pursuant to the Court's Order, ECF No. 391. These actions are detailed as follows:

1. After being alerted that Horsley had been moved within the Bureau of Prisons ("BOP") to a different facility, the United States sent the United States' Response in Opposition to Horsley's Motion to Vacate, ECF No. 387, and Exhibits A-C to Horsley at FCI Beaumont Medium on August 24, 2026.

2. Pursuant to the Court's order, on September 28, 2026, the United States sent an additional copy by certified mail of the following documents to Horsley at "Quentin Lowell Horsley, 22608-084, FCI Beaumont Medium P.O. Box 26040, Beaumont, TX 77720":[1]

   a. The United States' Response in Opposition to Horsley's Motion to Vacate, ECF No. 387;

   b. The United States' Exhibit A in support of its Response, ECF No. 387-1;

   c. The United States' Exhibit B in support of its Response, ECF No. 387-2;

[1] This address and location are where the BOP Inmate Locator lists Horsley as being located. *See* https://www.bop.gov/inmateloc/.

d. The United States' Exhibit C in support of its Response, ECF No. 387-3;

e. The Transcript of the Jury Trial, Day 1, ECF No. 318;

f. The Transcript of the Jury Trial, Day 2, ECF No. 320;

g. The Transcript of the Jury Trial, Day 3, ECF No. 321;

h. The Transcript of the Jury Trial, Day 4, ECF No. 322.

3. In addition to being served on Horsley, the Transcripts from Days 1-4 of the Jury Trial are publicly available on the docket at the entries reflected above.

4. On October 2, 2026, the United States received electronic notice that the documents had been delivered to the above-listed P.O. Box. On October 13, 2026, the United States received the signed receipt that the documents had been received at the P.O. Box, attached as Exhibit A.

5. Accordingly, at minimum, Horsley has been served as of October 13, 2026. The United States will send a copy of this Notice to Horsley at FCI Beaumont Medium.

Respectfully submitted,

*s/Sean M. Welsh*

Sean M. Welsh
Assistant United States Attorney
Virginia Bar No. 89660
United States Attorney's Office
U. S. Courthouse and Federal Building
255 West Main Street, Room 130
Charlottesville, Virginia 22902
Telephone: 434-293-4283
Fax: 434-293-4910

**CERTIFICATE OF SERVICE**

I certify on this date, October 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and caused to be sent a copy via first class mail to:

Quentin Lowell Horsley,
22608-084,
FCI Beaumont Medium
P.O. Box 26040
Beaumont, TX 77720

/s/ Sean M. Welsh